UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN KEITH RANDEL,

    Petitioner,

  vs.

THOMAS L. CAREY, Warden,

    Respondent.

No. C 06-6400 PJH (PR)

**ORDER DENYING MOTION FOR STAY**

This is a habeas case filed pro se by a state prisoner. Petitioner moves for a stay of proceedings to allow him to exhaust additional claims in state court.

District courts have authority to stay petitions to allow exhaustion. *Rhines v. Webber*, 544 U.S. 269, 277 (2005). Such stays can, however, only be granted upon a showing of good cause for petitioner's failure to exhaust the issues before filing the federal petition, and a showing that the issues which the petitioner proposes to exhaust are "potentially meritorious." *Id.*

Petitioner's otherwise excellent motion does not cite *Rhines*, which suggests he is not aware of it, and does not contain any showing of good cause for his failure to exhaust his new claim or that the new claim is potentially meritorious. For that reason the motion for a stay (document number 6 on the docket) is **DENIED** without prejudice to renewing it with the proper showing within thirty days of the date of this order.

**IT IS SO ORDERED.**

Dated: August 14, 2007.

                            PHYLLIS J. HAMILTON
                            United States District Judge

G:\PRO-SE\PJH\HC.06\RANDEL400.DENY-STY.wpd